No. 93–1777. LaChance v. Reno, Attorney General, et al. C. A. 2d Cir. Certiorari denied. 

No. 93–1778. Shaw v. United States. C. A. 11th Cir. Certiorari denied. 

No. 93–1799. Rosenbaum v. Rosenbaum et al. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 93–1814. Flores de Brenes, Individually, and as Executor, Administrator, or Personal Representative of the Estate of Brenes, Decedent, et al. v. Transportes Aereos Nacionales, S. A., et al. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. 

No. 93–1822. O'Conner v. Commonwealth Edison Co. et al. C. A. 7th Cir. Certiorari denied. 

No. 93–1838. King v. Dutton, Warden. C. A. 6th Cir. Certiorari denied. 

No. 93–1856. Clay v. United States. C. A. 5th Cir. Certiorari denied. 

No. 93–1858. Brewer v. Rogers et al. Ct. App. Ga. Certiorari denied. 

No. 93–1859. Meisler v. Gannett Co., Inc. C. A. 11th Cir. Certiorari denied. 

No. 93–1861. PSI Energy, Inc. v. Exxon Coal USA, Inc., et al. C. A. 7th Cir. Certiorari denied. 

No. 93–1864. Kurzawa v. Wisconsin. Sup. Ct. Wis. Certiorari denied. 

No. 93–1871. Antonio Urrego v. United States. C. A. 5th Cir. Certiorari denied. 

No. 93–1888. Brun v. Kentucky. Ct. App. Ky. Certiorari denied.